IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOHN BRANDON KITCHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 110-010 |
| | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES; EDNA FARMER, Nurse; | ) |
| FNU LEE, Nurse; and FNU WAY, Nurse, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Correctional Medical Services and Lee, Plaintiff's claim against Defendant Farmer regarding the alleged Health Insurance Portability and Accountability Act violation, as well as Plaintiff's claim regarding harms allegedly suffered by other inmates, are **DISMISSED** from this case.

SO ORDERED this 22nd day of April, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE