IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN BRANDON KITCHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 110-010 |
| | ) | |
| ANDREA FARMER, Nurse, and | ) | |
| VERONICA WAY, Nurse, | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Defendants' motion for summary judgment is **GRANTED** (doc. no.

20), a final judgment shall be **ENTERED** in favor of Defendants Farmer and Way, and this

civil action shall be **CLOSED**.

SO ORDERED this 27th day of July, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA